IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MALIK SNELL,

    Petitioner,

v.                                             Civil Action No. 3:19CV131

MARK J. BOLSTER,

    Respondent.

## MEMORANDUM OPINION

By Memorandum Order entered on April 26, 2019, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to pay the $5.00 filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. The Court warned Petitioner it would dismiss the action if Petitioner did not pay the filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. More than eleven (11) days have elapsed since the entry of the April 26, 2019 Memorandum Order and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 30 May 2019
Richmond, Virginia

/s/       
John A. Gibney, Jr.
United States District Judge